Larry M. Golub (SBN CA 110545)
lgolub@hinshawlaw.com
Vivian I. Orlando (SBN CA 213833)
vorlando@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:   213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendant
TRANSAMERICA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL CLARK, Individually, as Successor-in-Interest to Delaine Stowell, on Behalf of the Estate of Delaine Stowell, and on Behalf of the Class,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa Corporation,<br><br>Defendant. | Case No. 2:20-cv-00539 JAM-DB<br><br>(Hon. John A. Mendez)<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANT TRANSAMERICA LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT BY AN ADDITIONAL 14 DAYS**<br><br>**(L.R. 144)**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Served:  3/13/20<br>Current Response Date:  5/1/20<br>New Response Date:  5/15/20<br><br>Complaint Filed:  March 10, 2020 |

1                    STIPULATION TO EXTEND TIME TO RESPOND
Case No. 2:20-cv-00539 JAM-DB
1029696\305620581.v1

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# **ORDER**

Having considered the Parties' Stipulation to Extend Time for Defendant Transamerica Life Insurance Company ("TLIC") to Respond to Plaintiff Sheryl Clark's ("Plaintiff") Complaint by an Additional 14 Days, and for good cause appearing therefor, the Court grants the Parties' Stipulation. TLIC shall have until **May 15, 2020** to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

**DATED:  April 27, 2020**

/s/ John A. Mendez
United States District Court Judge

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1   STIPULATION TO EXTEND TIME TO RESPOND
Case No. 2:20-cv-00539 JAM-DB
1029696\305620581.v1